■ NORMA RODRIGUEZ, Respondent, v TOWN OF ISLIP et al., Respondents, and COUNTY OF SUFFOLK, Appellant. [933 NYS2d 601]—

The defendant County of Suffolk established its prima facie entitlement to judgment as a matter of law by demonstrating that it did not have prior written notice of a defect on a sidewalk that allegedly caused the plaintiff to fall (*see* Suffolk County Charter § C8-2A; *Regan v Town of N. Hempstead*, 66 AD3d 863, 864 [2009]; *Koehler v Incorporated Vil. of Lindenhurst*, 42 AD3d 438 [2007]; *Lysohir v County of Suffolk*, 10 AD3d 638, 639 [2004]). In opposition, the plaintiff failed to submit evidence sufficient to raise a triable issue of fact (*see Regan v Town of N. Hempstead*, 66 AD3d at 864; *Lysohir v County of Suffolk*, 10 AD3d at 639). Accordingly, the Supreme Court should have

granted the County's motion for summary judgment dismissing the complaint and all cross claims insofar as asserted against it. Skelos, J.P., Balkin, Eng and Sgroi, JJ., concur.